```
 1  LAWRENCE J. GORNICK (SBN 136290)
    EMILY M. CHARLEY (SBN 238542)
 2  LEVIN SIMES KAISER & GORNICK LLP
    One Bush Street, 14th Floor
 3  San Francisco, CA 94104
    Telephone: 415-646-7160
 4  Facsimile: 415-981-1270
 5
    Attorneys for Plaintiff
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RAMON FERNANDEZ, | ) CASE NO. C 06 0601 JSW |
|---|---|
| Plaintiff, | ) Before the Honorable Jeffrey S. White |
| v. | ) [PROPOSED] ORDER VACATING |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, | ) AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| | ) Conference Date:   May 12, 2006 |
| Defendants. | ) Conference Time:   1:30 p.m. |
| | ) Location:   Courtroom 2, 17th Floor San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 12, 2006 Case Management Conference ("CMC") to October 13, 2006 ___, at 1:30 p.m. . In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

Plaintiff is HEREBY ORDERED to serve Defendants within 120 days of the date of this Order.

IT IS SO ORDERED.

DATED: May 3, 2006

_____
Honorable Jeffrey S. White
United States District Court Judge

by Honorable Martin J. Jenkins

- 3 -   [PROPOSED] ORDER